**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Wardell GORDON, Defendant–**
**Appellant.**

**No. 07–13123**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 1, 2008.

Terry Flynn, U.S. Attorney's Office, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Wardell Gordon, Pollock, LA, pro se.

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

**PER CURIAM:**

Noel G. Lawrence, appointed counsel for Wardell Gordon, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Gordon's conviction and sentence are **AFFIRMED.**